

Page 1

*in re*:
PLAINTIFF DOCTOR PETER MACINERNEY [PM]
*v.*
DEFENDANT WILBER ALLEN [WA]

USA EDT 15 JUL 02021

5:21-CV- 818(LEK/ML)

FR: PLAINTIFF Peter MacInerney [PM], PhD, pmacinerney@yahoo.com
[physical address not disclosed to prevent contact from/ violence by DEFENDANT
Wilber Allen [WA]

TO: John M. Domurad, Clerk of Court | Northern District of New York
100 South Clinton St, Syracuse, NY 13261-7367; 315 234 8500 Help: 234 8687

RE: Notice, and statement, of cause of action, by PLAINTIFF, acting *pro se, in
propria persona*. supplemental to PLAINTIFF's complaint and application *in
pauperis*.

Per: https://www.nynd.uscourts.gov/;
https://www.nynd.uscourts.gov/content/syracuse;

ATTN: United States District Court [USDC] | Northern District of New York
[NDNY] | Glenn T. Suddaby, Chief Judge | John M. Domurad, Clerk of Court |

RE:  Fraud and other torts committed by DEFENDANT Wilber Allen [WA] via
letter, known as the Allen letter, similar to a tyrannical *lettre de cachet*, dated 16
JUL 02019, produced singly and in conspiracy, against PLAINTIFF Dr. Peter
MacInerney [PM] --- physical address not disclosed for safety -- by DEFENDANT
Wilber Allen [WA], 170 Kenwood Avenue, Oneida, NY 13421.    CONTENTS

This document, dated now, 15 JUL 02021 accomplishes, time- stamps,
supplements, and accompanies 1] a completed court form complaint, and 2] a court
form application *in pauperis* not to pay fees; and 3] the Allen letter, in two versions:
as received, and as annotated by PLAINTIFF PM; and 4] one printout of one photo
of one compendium of evidence (among three created and transmitted by
PLAINTIFF PM) that PLAINTIFF PM attempted communication and negotiation
with DEFENDANT WA, which DEFENDANT WA received but failed to
acknowledge, or act upon, to resolve

SIGNED : P. Mac Inerney

by Doctor Peter MacInerney, *in re*: MacInerney v. Mr. Wilber Allen

*in re*:

## PLAINTIFF DOCTOR PETER MACINERNEY [PM]

*v.*

## DEFENDANT WILBER ALLEN [WA]

DEFENDANT's unlawful, tortious, wrongful actions, that caused PLAINTIFF, an elderly scholar one hundred percent disabled permanently, profound trauma, grievous injuries, painful harms, and great losses measurable at $750 per day each of 730 days during exactly two years, totaling $547,500. All items may be found packaged physically in a single envelope today, and conveyed,

: to John M. Domurad, Clerk of Court, USDC NDNY via United States Postal Service [USPS] at Hamilton, NY 13346

[insert data]    EJ  848  644  956  US

: by PLAINTIFF PM acting *in propria persona, per se, in pauperis* in an action,

: *versus* DEFENDANT WA,

who acted individually and in conspiracy with future DEFENDANTs elsewhere, to commit fraudulent violation of a contract; violations of contracts with agencies. exploited unlawfully, of the United States and the State of New York; violations of PLAINTIFF's rights to speech, writing, assembly and especially, scholarship; without authority or evidence; and threatened to make false report to "law enforcement".

*Notice and statement*

DEFENDANT Wilber Allen committed fraud and violations of rights and threatened unlawful report to law enforcement, and participated in and sustained a tortious, wrongful conspiracy that caused and inflicted grievous trauma, life-threatening injuries, permanent harms, and losses estimable as millions of dollars on PLAINTIFF Peter MacInerney, PhD, diagnosed and declared in 2005 as one hundred percent [100%] disabled permanently and at risk constantly, continuously of seizure, stroke and death if/ as afflicted by any/ all tortious, wrongful actions such as committed – still being committed

SIGNED : P. Mac Inerney

by Doctor Peter MacInerney, *in re*: MacInerney v. Mr. Wilber Allen

*in re*:
PLAINTIFF DOCTOR PETER MACINERNEY [PM]
*v.*
DEFENDANT WILBER ALLEN [WA]

– by DEFENDANT.

*Note 1*: Please observe that this notice and statement, above, accompanies a completed court form complaint, and completed court form application *in pauperis* not to pay fees, both printed distinctly, and herewith all conveyed physically in a single envelope via USPS today.

*Note 2*: In order that I, PLAINTIFF Peter MacInerney, PhD, may attest and prove today, 15 JUL 02021, the integrity, honesty, and scope of some two- years hard work required to date -- while elderly and acting *pro se, in propria persona, in pauperis,* and disabled -- to oppose and triage DEFENDANT's tortious, wrongful acts, engrossed in the electronic document known herein as the Allen letter, dated 16 JUL 02019, I have included herewith three documents:

1.      A one- page exhibit of a printout of the DEFENDANT WA artifact known as the Allen letter received by PLAINTIFF that was/ is an instance and instrument of fraud, violations, and threat committed by DEFENDANT WA;

2.      A one- page exhibit of the Allen letter marked with annotations, made by PLAINTIFF PM;

3. A one- page exhibit of one of three remonstrances made to DEFENDANT WA - - all neither acknowledged nor answered by DEFENDANT -- to obviate the necessity that now exists to try in court PLAINTIFF's complaint of DEFENDANT's tortious, wrongful acts.

*Summary, confidential and informal*: this entire serious matter of PLAINTIFF MacInerney v. DEFENDANT Allen is of greatest fundamental pertinence to the duty of the United States of America [USA], the State of New York ]NYS], and the County of Madison to assert and defend rights of humans, especially scholars, to discover and research and make history *in situ* at institutions contracted with USA and NYS agencies, and open to the public, that solicit and accept fees from a member, and donations from a donor, such as

SIGNED : P. Mac Inerney

by Doctor Peter MacInerney, *in re*: MacInerney v. Mr. Wilber Allen

*in re*:
## PLAINTIFF DOCTOR PETER MACINERNEY [PM]
*v.*
## DEFENDANT WILBER ALLEN [WA]

PLAINTIFF was at the time of DEFENDANT's offenses. Yet the matter appears to have arisen humbly, though very, very viciously, from trivial pique at PLAINTIFF's correction of a Curator's fillable form: compounded by vicious misandry, ignorance, and overweening pride, coupled with gendered abuse of authority, as will be shown at a trial necessitated by DEFENDANT's demonstrated refusal to negotiate settlement out of court.

Signed:

Peter MacInerney, pbk, PhD
Founder, principal, TechKnowManagement.com

by Doctor Peter MacInerney, *in re*: MacInerney v. Mr. Wilber Allen

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Peter MacInerney, PhD

|  |  |
|---|---|
| Plaintiff(s) | Civil Case No.: |
| vs. | **CIVIL** |
|  | **RIGHTS** |
|  | **COMPLAINT** |
| Defendant(s) | **PURSUANT TO** |
| Wilber Allen | **42 U.S.C. § 1983** |

Plaintiff(s) demand(s) a trial by:  ◯ JURY   ⦿ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Peter MacInerney

   Address: 6582 Indian Opening Road

   Bouckville, NY    13310

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant:      Wilber Allen

   Official Position: _____

   Address:    170 Kenwood Avenue

   _____

   Oneida, NY 13421

b.    Defendant:                 _____

Official Position:            _____

Address:                      _____

_____

_____

c.    Defendant:                 _____

Official Position:            _____

Address:                      _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

# DEFENDANT Wilber Allen

committed some eleven [11] unlawful, tortious, wrongful acts including

fraudulent violations of contracts with PLAINTIFF, USA, and NYS; and made

## two unlawful threats of making false reports to police.

5.                    **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

Fraud.

**SECOND CAUSE OF ACTION**

Conspiracy to violate contract and rights.

**THIRD CAUSE OF ACTION**

Unlawful threats to make false reports to "law enforcement."

6.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

Discovery of conspiracy and repair of hurts;

payment of some USD $546,750

to this date 15JUL021 and at $750/ day

365.25 days/ year until payment.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    15JUL021

Peter MacInerney

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010





July 16, 2019

Dear Mr. Peter MacInerney:

Please be advised as to the following:

1.
You are not permitted to enter or remain on any property owned by the Oneida Community Mansion House.

2.
You are not employed by, or a representative of the Oneida Community Mansion House, nor are you a spokesperson for the Oneida Community Mansion House.

The Oneida Community Mansion House Board of Directors, Executive Committee, has been made aware of your recent e-mail correspondence with Mansion House staff. Your communications are threatening and demeaning in nature and will not be tolerated. Please cease and desist from any further communications with the employees and staff of the Oneida Community Mansion House. Any further communications with the employees and staff of Oneida Community Mansion House will be considered harassment and law enforcement will be contacted.

You are now placed on notice that if you are found on the grounds of the Oneida Community Mansion House you will be considered to be trespassing and law enforcement will be contacted.

Very truly yours,

Wilber Allen
Vice President of the Board of Trustees

cc: Oneida City Police

170 Kenwood Avenue ◆ Oneida, NY 13421 ◆ Phone 315-363-0745 ◆ Fax 315-361-4580
www.oneidacommunity.org

*[Handwritten annotation top: "1ST J 6 0282 1  WA xxxx, annotated by PLAINTIFF PM"]*

*[Handwritten left margin: "THE DEFENDANT ATTEMPTS TO CONCEAL IDENTITY AS PUBLIC, NOT PRIVATE ENTITY."]*

Oneida Community
MANSION HOUSE (INC.)
A National Historic Landmark

*[Handwritten right: "VIOLATION OF CONTRACT w/ USA Dq / NPS"]*

July 16, 2019

*[Handwritten: "ABUSIVE TO FAILURE TO ADDRESS PROPERLY"]*

Dear Mr. Peter MacInerney:

*[Handwritten: "SUMMARY:"]*

*[Handwritten red: "VIOLATIONS OF RIGHTS; FALSE ACCUSATIONS, NO EVIDENCE; THREATS"]*

Please be advised as to the following:

*[Handwritten: "INC. ?"]*

1.
You are not permitted to enter or remain on any property owned by the Oneida Community Mansion House.

*[Handwritten: "NO STATEMENT OF CAUSE, EVIDENCE, CRITERIA, FACT"]*

2.
You are not employed by, or a representative of the Oneida Community Mansion House, nor are you a spokesperson for the Oneida Community Mansion House.

*[Handwritten: "FALSE IMPLICIT ASSERTION OF (NO) SUCH ACTIVITY"]*

*[Handwritten left: "ACCUSERS? EVIDENCE?"]*

The Oneida Community Mansion House Board of Directors, Executive Committee, has been made aware of your recent e-mail correspondence with Mansion House staff. Your communications are threatening and demeaning in nature and will not be tolerated. Please cease and desist from any further communications with the employees and staff of the Oneida Community Mansion House. Any further communications with the employees and staff of Oneida Community Mansion House will be considered harassment and law enforcement will be contacted.

*[Handwritten: "WHEN? WHICH?"]*

*[Handwritten right: "MEMBERS? MEMBERS? DATE? per Articles of INCORP.? BY-LAWS? EXHIBITS? WITNESSES? MINUTES? REBUT?"]*

You are now placed on notice that if you are found on the grounds of the Oneida Community Mansion House you will be considered to be trespassing and law enforcement will be contacted.

*[Handwritten: "NOT PUT IN EVIDENCE"]*

*[Handwritten: "TWO THREATS"]*

Very truly yours,

Wilber Allen

Wilber Allen
Vice President of the Board of Trustees

*[Handwritten right: "UNLAWFUL ATTEMPTED VIOLATIONS"]*

cc: Oneida City Police

*[Handwritten: "NOT DONE; FALSE ASSERTION; PER PLAINTIFF INVESTIGATION; PROOF AT TRIAL"]*

170 Kenwood Avenue • Oneida, NY 13421 • Phone 315-363-0745 • Fax 315-361-4580
www.oneidacommunity.org

## Allen Notice

From:  Peter MacInerney (pmacinerney@yahoo.com)

To:    pmacinerney@yahoo.com

Date:  Thursday, July 15, 2021, 01:10 PM EDT

ONE INSTANCE OF
AMONG THREE OF
PLAINTIFF EFFORT TO
RESOLVE OUT OF COURT
—TO BE PROVED AT TRIAL



DEFENDANT Wilber
ALLEN

Sent from Yahoo Mail on Android